KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com

STEPTOE LLP
Michael J. Allan *(pro hac vice forthcoming)*
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-3000
Email: mallan@steptoe.com

ZACHARIA LAW PLLC
John H. Zacharia *(pro hac vice forthcoming)*
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
Telephone: (202) 845-5091
Email: john@zacharialaw.com

Attorneys for Plaintiff Louis Vuitton Malletier S.A.S.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., <br><br> Plaintiff, <br><br> vs. <br><br> FANTASTIC INDOOR SWAP MEET, INC.; and ARTHUR LAMENSDORF, JR., <br><br> Defendants. | Case No. 2:25-cv-01574-RFB-EJY <br><br> **STIPULATION TO ACCEPT SERVICE OF SUMMONS AND COMPLAINT AND TO EXTEND RESPONSE DEADLINE** |

KAEMPFER CROWELL

21734.2

Page i

Plaintiff Louis Vuitton Malletier S.A.S. ("Louis Vuitton") and defendants Fantastic Indoor Swap Meet, Inc. and Arthur Lamensdorf, Jr. (collectively "Defendants") stipulate as follows:

1. That Lex Tecnica, Ltd. will accept service of the Complaint (ECF No. 1) and Summonses (ECF No. 5) on behalf of all Defendants; and

2. The deadline for Defendants to respond to the Complaint will be October 21, 2025.

| KAEMPFER CROWELL | LEX TECNICA, LTD. |
|---|---|
| *signature* | *signature* |
| Robert McCoy, No. 9121<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | F. Christopher Austin, No. 6559<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 |
| STEPTOE LLP<br>Michael J. Allan *(pro hac vice)*<br>1330 Connecticut Ave., NW<br>Washington, DC 20036 | Attorney for Defendants Fantastic Indoor Swap Meet, Inc. and Arthur Lamensdorf, Jr. |
| ZACHARIA LAW PLLC<br>John H. Zacharia *(pro hac vice)*<br>1701 Pennsylvania Ave., NW, Suite 200<br>Washington, DC 20006 | |
| Attorneys for Plaintiff Louis Vuitton Malletier S.A.S. | |

**ORDER**

IT IS SO ORDERED.

*signature*
UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2025