KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com

STEPTOE LLP
Michael J. Allan *(pro hac vice forthcoming)*
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-3000
Email: mallan@steptoe.com

ZACHARIA LAW PLLC
John H. Zacharia *(pro hac vice forthcoming)*
1701 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006
Telephone: (202) 845-5091
Email: john@zacharialaw.com

Attorneys for Plaintiff Louis Vuitton Malletier S.A.S.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., <br><br> Plaintiff, <br><br> vs. <br><br> FANTASTIC INDOOR SWAP MEET, INC.; and ARTHUR LAMENSDORF, JR., <br><br> Defendants. | Case No. 2:25-cv-01574-RFB-EJY <br><br> **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' PARTIAL MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

KAEMPFER CROWELL

21734.2

Page i

1  Plaintiff Louis Vuitton Malletier S.A.S. ("Louis Vuitton") and defendants Fantastic Indoor Swap Meet, Inc. and Arthur Lamensdorf, Jr. ("Defendants") stipulate to extend the deadline for Louis Vuitton to respond to Defendants' partial motion to dismiss (ECF No. 13) by two weeks, from November 4 to November 18, 2025. The Parties further stipulate that Defendants' reply deadline would be extended by seven days to December 2, 2025.

***(CONTINUED ON NEXT PAGE TO COMPLY WITH LR IA 6-2)***

This is the first request made to modify the briefing schedule for this motion. The parties seek it to accommodate a scheduling conflict for Louis Vuitton's counsel, who will be in trial on another matter during the week of November 3.

| | |
|---|---|
| KAEMPFER CROWELL | LEX TECNICA, LTD. |
| *[signature]* | /s/ F. Christopher Austin |
| Robert McCoy, No. 9121<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | F. Christopher Austin, No. 6559<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145 |
| STEPTOE LLP<br>Michael J. Allan *(pro hac vice)*<br>1330 Connecticut Ave., NW<br>Washington, DC 20036 | Attorney for Defendants Fantastic Indoor Swap Meet, Inc. and Arthur Lamensdorf, Jr. |
| ZACHARIA LAW PLLC<br>John H. Zacharia *(pro hac vice)*<br>1701 Pennsylvania Ave., NW, Suite 200<br>Washington, DC 20006 | |
| Attorneys for Plaintiff Louis Vuitton Malletier S.A.S. | |

**IT IS SO ORDERED**.

**DATED** this 31st day of October, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE