**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
nick@lextecnica.com
scott@lextecnica.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., <br><br> Plaintiff, <br><br> v. <br><br> FANTASTIC INDOOR SWAP MEET, INC.; and ARTHUR LAMENSDORF, JR., <br><br> Defendants. | Case No.:  2:25-cv-01574-RFB-EJY <br><br> **JOINT STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> *(First Request)* |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff LOUIS VUITTON MALLETIER S.A.S. and Defendants FANTASTIC INDOOR SWAP MEET, INC. and ARTHUR LAMENSDORF, JR. (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Defendants to file its Reply in Support of its Motion to Dismiss (ECF No. 13).

The current deadline for Defendants' reply is December 2, 2025. The Parties stipulate and request that the reply deadline be extended to December 5, 2025.

/ /

Good cause supports this request under LR IA 6-1. Defendants require additional time to prepare its reply due to holiday schedules and a family emergency. The Parties agree that the requested extension will not prejudice either party.

This is the first request for an extension of this deadline, and it is made in good faith and not for the purpose of delay.

Accordingly, the Parties respectfully request that the Court extend the deadline for Defendants to file its Reply in Support of its Motion to Dismiss to December 5, 2025.

DATED: December 1, 2025

| | |
|---|---|
| **KAEMPFER CROWELL** | **LEX TECNICA, LTD.** |
| /s/ *Robert McCoy* | /s/ *F. Christopher Austin* |
| Robert McCoy, Esq. | F. Christopher Austin, Esq. |
| Nevada Bar No. 9121 | Nevada Bar No. 6559 |
| 1980 Festival Plaza Drive, Suite 650 | Nicholas R. Anderson, Esq. |
| Las Vegas, Nevada 89135 | Nevada Bar No. 13815 |
| | Scott T. Whitworth, Esq. |
| STEPTOE LLP | Nevada Bar No. 15671 |
| Michael J. Allan, Esq. (*pro hac vice*) | 10161 Park Run Drive, Suite 150 |
| 1330 Connecticut Ave., NW | Las Vegas, Nevada 89145 |
| Washington, DC 20036 | |
| | Attorneys for Defendants Fantastic Indoor Swap Meet, Inc. and Arthur Lamensdorf, Jr. |
| ZACHARIA LAW PLLC | |
| John H. Zacharia, Esq. (*pro hac vice*) | |
| 1701 Pennsylvania Ave., NW, Suite 200 | |
| Washington, DC 20006 | |
| | |
| Attorneys for Plaintiff Louis Vuitton Malletier S.A.S | |

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   December 2, 2025