**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
nick@lextecnica.com
scott@lextecnica.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LOUIS VUITTON MALLETIER S.A.S.,

        Plaintiff,

    v.

FANTASTIC INDOOR SWAP MEET, INC., et al.,

        Defendants.

Case No.:  2:25-cv-01574

**STIPULATION AND ORDER REGARDING SERVICE OF AND ANSWER TO FIRST AMENDED COMPLAINT**

Plaintiff Louis Vuitton Malletier S.A.S., by and through its counsel of record, and Defendants Fantastic Indoor Swap Meet, Inc., Arthur Lamensdorf, Jr., Douglas Kays, and David Present (collectively the "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1.      On or about March 10, 2026, Plaintiff(s) filed the First Amended Complaint (FAC), which added Douglas Kays and David Present as additional named defendants in this action.

2.      The current deadline for the original defendants to respond to the FAC is currently March 24, 2026.

3.    The newly added defendants have not been served so their 21-day deadline to respond has not commenced.

4.    In an effort to streamline this process, Defendants agree to accept service on behalf of the new defendants through undersigned Defense counsel in exchange for a two-week extension to the existing deadline for a response by all defendants to April 7, 2026, to permit Defendants to consult with counsel and prepare a consolidated response to the FAC.

5.    This extension is further requested to give new Defense counsel, Nicholas Anderson, time to consult with Defendants sufficient to respond to the FAC. Mr. Anderson's addition is necessitated by the limited availability of Mr. Austin and Mr. Whitworth who are presently in final preparations for a trial before the Federal District Court of Washington, Western District, commencing April 13th.

6.    This is the parties' first request for an extension of time to respond to the First Amended Complaint. As set forth above, there is good cause for the requested extension, and the request is made in good faith and not for purposes of delay.

7.    Accordingly, the parties stipulate and agree that the deadline for the original defendants to respond to the First Amended Complaint is extended from March 24, 2026, and shall be extended and set for April 7, 2026, for all Defendants.

8.    The parties further agree that Defendants shall produce all non-privileged documents responsive to Plaintiff's written discovery requests no later than March 27, 2026.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Page 2 of 3

9.    Finally, the parties further agree that Defendants will return any comments, revisions, or approval to Plaintiffs' proposed stipulated protective order no later than March 25, 2026.

IT IS SO STIPULATED.

Dated: March 24, 2026

**KAEMPFER CROWELL**

/s/ Robert McCoy
ROBERT MCCOY, ESQ.
Nevada Bar No. 9121
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
*Attorney for Plaintiff*

**LEX TECNICA, LTD.**

/s/ F. Christopher Austin
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendants*

**IT IS SO ORDERED**

The deadline for all Defendants to respond to the First Amended Complaint is hereby set for April 7, 2026.

UNITED STATES MAGISTRATE JUDGE

DATED:  March 24, 2026_____