MC LAW NEVADA
Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
(702) 570-5435
rob@mclawnevada.com

STEPTOE LLP
Michael J. Allan (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC  20036
(202) 429-3000
mallan@steptoe.com

ZACHARIA LAW PLLC
John H. Zacharia (*pro hac vice*)
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC  20006
(202) 845-5091
john@zacharialaw.com

Attorneys for Plaintiff Louis Vuitton
Malletier S.A.S.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., <br><br> Plaintiff, <br><br> vs. <br><br> FANTASTIC INDOOR SWAP MEET, INC., ARTHUR LAMENSDORF, JR., DOUG KAYS, and DAVID PRESENT, <br><br> Defendants. | Case No. 2:25-cv-01574-EJY <br><br> **SUBSTITUTION OF COUNSEL** |

i

Plaintiff Louis Vuitton Malletier S.A.S. ("Louis Vuitton") hereby substitutes:

> Robert McCoy
> MC LAW NEVADA
> 1775 Village Center Circle, Suite 110
> Las Vegas, Nevada 89134
> (702) 570-5435

as its attorney in the place of Kaempfer Crowell. This substitution is made to reflect Mr. McCoy's change in firm affiliation. Mr. McCoy remains as counsel for Louis Vuitton at his new firm.

Louis Vuitton consents to this substitution.

LOUIS VUITTON MALLETIER S.A.S.

_____
John Maltbie
Director of Intellectual Property, Civil Enforcement

Kaempfer Crowell consents to this substitution.

KAEMPFER CROWELL

_____
Melissa Saragosa-Stratton, No. 7295
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

***CONTINUED ON NEXT PAGE TO COMPLY WITH LR IA 6-2***

1 of 4

I accept this substitution.  I am admitted to practice in this District.

MC LAW NEVADA

Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:    April 9, 2026