**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
nick@lextecnica.com
scott@lextecnica.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., <br><br> Plaintiff, <br><br> v. <br><br> FANTASTIC INDOOR SWAP MEET, INC.; ARTHUR LAMENSDORF, JR.; DOUGLAS KAYS; and DAVID PRESENT, <br><br> Defendants. | Case No. 2:25-cv-01574-~~RFB~~-EJY <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS; ~~[PROPOSED]~~ ORDER** <br><br> **(First Request)** |

Pursuant to LR IA 6-1, Plaintiff Louis Vuitton Malletier S.A.S and Defendants Arthur Lamensdorf, Jr., Douglas Kays, and David Present, by and through their respective counsel of record, hereby stipulate and agree extend the deadline by one week for Defendants to file their reply in support of the Motion to Dismiss from April 28, 2026 to May 5, 2026:  This stipulation is based on the following:

1.     On April 7, 2026, Defendants filed their Individual Defendants' Partial Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 34).

2.     On April 21, 2026, Plaintiff filed its Opposition to the Motion to Dismiss (ECF No. 39).

LEX TECNICA
LTD.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
(702) 518-5535

3.      Defendants' reply in support of the Motion to Dismiss is currently due on April 28, 2026. By this Stipulation, Defendants seek to extend the deadline by one week to May 5, 2026.

4.      This extension is requested due to the unavailability of Defendants' lead counsel between April 22nd and April 26th. Counsel was out of town in connection with the university graduation of his son and related family activities, leaving inadequate time to consult with Defendants and prepare the reply.  Good cause exists, therefore, for the short extension requested to provide adequate time for counsel to consult with Defendants and prepare and file the reply. This one-week extension is not sought for purposes of delay and will not prejudice any party.

5.      This is the first request for an extension of time to file the reply in support of the Motion to Dismiss.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that Defendants' deadline to file their reply in support of the Motion to Dismiss, currently due April 28, 2026, shall be extended by seven (7) days, up to and including May 5, 2026.

DATED: April 28, 2026.

**MC LAW NEVADA**

/s/ Robert McCoy
Robert McCoy (NV Bar No. 9121)
1775 Village Center Circle, suite 110
Las Vegas, NV 89134

Michael J. Allan  (*pro hac vice*)
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036

John H. Zacharia (*pro hac vice*)
**ZACHARIA LAW PLLC**
1701 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006

*Attorneys for Plaintiff*

DATED: April 28, 2026.

**LEX TECNICA, LTD.**

/s/ F. Christopher Austin
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
SCOTT WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  April 28, 2026

3