MC LAW NEVADA
Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
(702) 570-5435
rob@mclawnevada.com

STEPTOE LLP
Michael J. Allan (*pro hac vice*)
Cannon M. Jurrens (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
mallan@steptoe.com
cjurrens@steptoe.com

ZACHARIA LAW PLLC
John H. Zacharia (*pro hac vice*)
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 845-5091
john@zacharialaw.com

Attorneys for Plaintiff Louis Vuitton Malletier S.A.S.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S.,<br><br>Plaintiff,<br><br>vs.<br><br>FANTASTIC INDOOR SWAP MEET, INC., ARTHUR LAMENSDORF, JR., DOUG KAYS, and DAVID PRESENT,<br><br>Defendants. | Case No. 2:25-cv-01574-EJY<br><br>**STIPULATION AND ORDER TO PERMIT FILING OF CORRECTED AMENDED COMPLAINT** |

Plaintiff Louis Vuitton Malletier S.A.S. ("Louis Vuitton") and Defendants Fantastic Indoor Swap Meet, Inc. ("Fantastic"), Arthur Lamensdorf, Jr., Doug Kays, and David Present ("Defendants") (collectively, the "Parties") stipulate to permit Louis Vuitton to file a corrected amended complaint correcting a scrivener's error in the amended complaint (ECF No. 25) for the following reasons:

1. On August 22, 2025, Louis Vuitton filed the original complaint in this action. ECF No. 1. The original complaint included a trademark table and a corresponding Exhibit A.

2. On March 10, 2026, Louis Vuitton filed an amended complaint. ECF No. 25.

3. Due to a scrivener's error, an incorrect trademark table was included in the amended complaint, along with a corresponding Exhibit A.

4. Louis Vuitton wishes to correct that error by correcting the amended complaint to restore the trademark table that appeared in the original complaint with the corresponding exhibit A from the original complaint identifying the trademarks at issue in this action.

5. The Parties therefore stipulate to permit Louis Vuitton to file the corrected amended complaint that is attached at Exhibit 1.

6. The Parties further stipulate that, since this corrected amended complaint does not alter the substantive allegations or claims in the amended complaint and merely corrects a scrivener's error to restore the intended content that was contained in the original complaint, Defendants' currently pending motion to

dismiss the amended complaint (ECF No. 34) is not affected and can be directed to the corrected amended complaint.

MC LAW NEVADA

Robert McCoy, No. 9121
1775 Village Center Circle, Suite 110
Las Vegas, Nevada 89134

STEPTOE LLP
Michael J. Allan (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036

ZACHARIA LAW PLLC
John H. Zacharia (*pro hac vice*)
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

Attorneys for Plaintiff Louis Vuitton Malletier S.A.S.

LEX TECNICA, LTD.

s/ F. Christopher Austin
F. Christopher Austin, No. 6559
Nicholas R. Anderson, No. 13815
Scott T. Whitworth, No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Attorneys for Defendants Fantastic Indoor Swap Meet, Inc., Arthur Lamensdorf, Jr., Doug Kays, and David Present

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court must separate ECF No. 57-1 from ECF No. 57 and file the same on the docket as Plaintiff's Corrected Amended Complaint.

UNITED STATES MAGISTRATE JUDGE

DATED: September 3, 2026

MC LAW